MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff Ana Lorena Rodas

Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JOEL RODAS SÁNCHEZ, Deceased, through his successor in interest ANA LORENA RODAS; ANA LORENA SANCHEZ, individually,<br><br>            Plaintiff,<br>vs.<br><br>CITY OF SALINAS, a public entity; CITY OF SALINAS POLICE CHIEF ADELE FRESÉ in her individual and official capacities; SALINAS POLICE OFFICERS GUADALUPE GONZALEZ; CAMERON MITCHELL; JARED DOMINICI; MANUEL LOPEZ, JR.; SERGEANT DANNY WARNER; and DOES 1–50, Jointly and Severally,<br><br>            Defendants. | No. 5:18-cv-00220-LHK<br><br>**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL** |

Case No. 5:18-cv-00220-LHK: STIPULATION AND (PROPOSED) ORDER OF DISMISSAL

1  Pursuant to settlement agreement, the parties, by and through their respective attorneys of
2  record, hereby stipulate that this matter be dismissed in its entirety, with all parties to bear their own
3  attorneys' fees and costs.
4
5
6  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
7
8
9  DATED:  April 9, 2019                       HADDAD & SHERWIN LLP
10                                             */s/ Julia Sherwin*
11                                             JULIA SHERWIN
                                               Attorneys for Plaintiff
12
13 DATED: April 9, 2019                        FERGUSON, PRAET & SHERMAN
14                                             */s/ Bruce D. Praet*
15                                             BRUCE D. PRAET
                                               Attorneys for Defendants
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____          _____
                                HON. LUCY H. KOH
                                UNITED STATES DISTRICT JUDGE